## DRAKE v. STATE.
### No. 19996.

Court of Criminal Appeals of Texas.
Oct. 19, 1938.

Baskett & Parks, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Dallas, for the State.

GRAVES, Judge.

The conviction is for theft; punishment assessed at ten years confinement in the penitentiary.

The record is here before us without a statement of facts or bills of exceptions, hence no question is presented for review. All matters of procedure appearing regular, the judgment will be affirmed.

## COMPTON v. STATE.
### No. 19992.

Court of Criminal Appeals of Texas.
Oct. 19, 1938.

Geo. J. Jennings, of Tulia, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft by conversion, punishment being two years in the penitentiary.

The indictment properly charges the offense. No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.